The People of the State of New York ex rel. Edward A. Langan, Appellant, v. John Thatcher, as Superintendent of the Bureau of Buildings in the Office of the President of the Borough of Brooklyn, City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

The People of the State of New York ex rel. Charles J. Schrass, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Determination of commissioner confirmed and writ dismissed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Benjamin Robinson, Respondent, v. Samuel Jaffe, Defendant, and Tillie Jaffe, Appellant.— Judgment and order of the Municipal Court reversed, on authority of *Lindenborn* v. *Vogel* (131 App. Div. 75), and default opened, without costs, and without costs of appeal to either party. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

W. John Schildge, Respondent, v. S. Liebman's Sons Brewing Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that plaintiff did not show absence of contributory negligence. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

George B. Shilling, Appellant, v. Andrew J. Willets, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the defendant's agents had the implied authority to make the agreement for the payment of the thirty-five dollars, and that the law implies a promise on defendant's part to repay the sum paid him by mistake. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Agnes Sparks, Appellant, v. Robert Hagar, Jr., Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Simon Thaler and Efraim Corotis, Appellants, v. Herman Galitzka, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

The Village of Haverstraw, Respondent, v. J. Esler Eckerson and Others, Appellants. (Appeal No. 1.) Warren Avenue Case.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

The Village of Haverstraw, Respondent, v. J. Esler Eckerson and Others, Appellants. (Appeal No. 2.) Jefferson Street Case.—Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

William Vogt, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

John Welch, Appellant, v. Albert Welch, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.